UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HORACE G. FRIEND, TERESITA S. FRIEND,<br><br>                Plaintiff,<br><br>        v.<br><br>MEDICAL SURGEON OF SCRIPPS, et al.,<br><br>                Defendant. | CASE NO. 3:22-CV-5349-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 25, 2022 |

The District Court referred Plaintiff's Horace G. Friend and Teresita S. Friend's pending Application to Proceed *In Forma Pauperis* (IFP) and proposed Complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

Plaintiffs Horace G. Friend and Teresita S. Friend, proceeding *pro se*, filed an Application to Proceed in District Court without Prepaying Fees or Costs (Application) and a proposed complaint on May 16, 2022. Dkt. 1, 1-1.

Plaintiffs have not responded to the Court's October 11, 2022 order (Dkt. 14) to show cause by November 4, 2022 why their IFP application should not be denied. That Order clearly

1  stated that Plaintiffs' failure to do would be deemed a failure to properly prosecute this matter,

2  resulting in the undersigned recommending dismissal. Accordingly, at this time the Court

3  recommends that Plaintiffs' IFP Application be denied and this case be dismissed without

4  prejudice.

5        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

6  fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.

7  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

8  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those

9  objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*

10 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

11 imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on

12 November 25, 2022, as noted in the caption.

13       Dated this 10th day of November, 2022.

                                            David W. Christel
                                            United States Magistrate Judge