UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HORACE G. FRIEND and TERESITA S. FRIEND,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SURGEON OF SCRIPPS and SCRIPPS CORPORATE OFFICE,<br><br>Defendants. | CASE NO. 3:22-cv-05349-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on Magistrate Judge David W. Christel's Order to Show Cause, Dkt. 14, and his Report and Recommendation ("R&R"), Dkt. 15. Judge Christel recommends denying Plaintiffs Horace G. Friend and Teresita S. Friend's Motion to Proceed *In Forma Pauperis*, Dkt. 1, for failure to prosecute after Plaintiffs failed to respond to his Order to Show Cause, Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1) The R&R is **ADOPTED**;

ORDER - 1

1     (2)     Plaintiffs' Motion to Proceed *In Forma Pauperis*, Dkt. 1, is **DENIED**

2               **without prejudice**;

3     (3)     The Clerk is directed to send copies of this Order to Plaintiffs, counsel for

4               Defendants, and to the Honorable David W. Christel; and

5     (4)     The Clerk shall enter JUDGMENT and close this case.

6     Dated this 28th day of November, 2022.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge